RECEIVED
CHARLOTTE, N.C.
MAY 3 1 2005
Clerk, U.S. Dist. Court
W. Dist. of N.C.

IN THE UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF NORTH CAROLINA
CHARLOTTE DIVISION

| | |
|---|---|
| SALOMI M. CARSON, | ) |
| Plaintiff, | ) ) ) |
| v. | ) CIVIL NO. 3:05CV251-K ) |
| JOHN E. POTTER, FRED SANDERS, VICTOR SCOTT AND DALE APPLE, | ) (Formerly State Court ) File No. 02-CvS-021344) ) |
| Defendants. | ) |

## CONSENT ORDER

Upon motion of the Federal Defendant Postmaster General John E. Potter, for good cause shown, and it appearing that plaintiff consents,

IT IS ORDERED that the Federal Defendant's Motion to Extend Time in Which to Respond is GRANTED. The United States shall have 60 days from the date of this Order in which to respond to the Complaint.

This the 3rd day of June, 2005.

_____